FILED

OCT 0 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI (PR)

Ivan Kilgore

        Plaintiff,

vs.

J. Walker (Acting Warden)

        Defendant.

C 07 5124

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Ivan Kilgore , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?   Yes ____   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____      - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  SELF EMPLOYED _____
4  _____
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.  Business, Profession or                        Yes ___  No _X_
9         self employment
10    b.  Income from stocks, bonds,                     Yes ___  No _X_
11        or royalties?
12    c.  Rent payments?                                 Yes ___  No _X_
13    d.  Pensions, annuities, or                        Yes ___  No _X_
14        life insurance payments?
15    e.  Federal or State welfare payments,             Yes ___  No _X_
16        Social Security or other govern-
17        ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.  Are you married?                                 Yes ___  No _x_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.  a.  List amount you contribute to your spouse's support : $ _____
28      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____        - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?    Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash? Yes ____ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No _X_

_____

8. What are your monthly expenses?

Rent: $ ___0_____  Utilities: _____0_____

Food: $ ___0_____  Clothing: _____0_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1 | COURT ORDERED RESTITUTION FROM ALAMEDA SUPERIOR COURT: $13,500

2 | _____

3 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in

4 | other lawsuits?                                              Yes ____   No  X

5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6 | they were filed.

7 | _____

8 | _____

9 |       I consent to prison officials withdrawing from my trust account and paying to the court the

10 | initial partial filing fee and all installment payments required by the court.

11 |      I declare under the penalty of perjury that the foregoing is true and correct and understand

12 | that a false statement herein may result in the dismissal of my claims.

13

14 | 10-1-07                              /s/ Ivan Hidalgo

15 |   DATE                               SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 4 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

Ivan Kilgore
Petitioner
vs.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

J. Walker (acting Warden)
Respondent(s)

CASE NUMBER:

I, Ivan Kilgore, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

    If "Yes" state the place of your incarceration. California State Prison-Sacramento

    **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes" state the amount of your pay.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
    Self-Employed, 1500 dollars per month

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes    ☒ No

    b. Rent payments, interest or dividends              ☐ Yes    ☒ No

    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No

    d. Disability or workers compensation payments       ☐ Yes    ☒ No

    e. Gifts or inheritances                             ☐ Yes    ☒ No

    f. Any other sources                                 ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab                                                                                    Revised 8/99

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

__10-1-07__                    __Ivan Kilgore__
DATE                           SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __500—__ on account to his/her credit at __CSP-SACRAMENTO__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __0__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _____.

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFI___

__9-21-07__                    _____
DATE                           SIGNATURE OF AUTHORIZED OFFICER

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON, SAN QUENTIN
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: ...

ACCOUNT NUMBER: VJ1306
ACCOUNT NAME: KILGORE, ...
PRIVILEGE GROUP: B

```
DATE     HOLD
         CODE      DESCRIPTION
-----    -----     -----------
         H110      COPIES HOLD
         H110      COPIES HOLD
         H110      COPIES HOLD
```

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | | |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | | |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE