EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
State Bar No. 117315
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-1362
  Fax: (415) 703-1234
  Email: peggy.ruffra@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**IVAN KILGORE,**

    Petitioner,

v.

**J. WALKER, Acting Warden,**

    Respondent.

C 07-5124 SI

**RESPONDENT'S STATEMENT OF OPPOSITION TO REQUEST FOR FUNDS**

    Petitioner has requested that this Court authorize funds of up to $5,000 for him to obtain the transcript of his 1997 Oklahoma trial, which resulted in a conviction of manslaughter.[1] Respondent opposes the request because the parties already have copies of the transcript.

    Petitioner's California Supreme Court habeas corpus petition clearly indicated that the parties obtained the Oklahoma transcript during trial on March 6, 2003. *See* Petition, attached Petition for Writ of Habeas Corpus at 13. Petitioner's petition for review actually summarized the testimony petitioner had given in the Oklahoma case. Petition, attached Petition for Review at 6-7, citing Exh. 14. Petitioner himself cites the Oklahoma transcript in the current federal petition in his

---

1. Petitioner made the request in an ex parte motion, which we have not reviewed.

Respondent's Statement of Opposition to Request for Funds - C 07-5124 SI

1

argument that trial counsel was ineffective. *See* Petition, Supplemental Memorandum of Points and Authorities at 8, citing "Oklahoma trial testimony at page(s) 37-45." While it is unclear whether petitioner currently has the Oklahoma transcript in his possession, it is clear that he can obtain it from appellate counsel without receiving additional funds from the federal court.[2] Accordingly, the request for funds should be denied.

Dated: May 30, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

**/s/ Peggy S. Ruffra**

PEGGY S. RUFFRA
Supervising Deputy Attorney General

Attorneys for Respondent

---

2. We have requested from our archives but not yet received the Attorney General's state court file. If the Oklahoma transcript is included in that file, we will provide it to petitioner.

Respondent's Statement of Opposition to Request for Funds - C 07-5124 SI

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Kilgore v. J. Walker, acting warden*

No.: C 07-5124 SI (pr)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **May 30, 2008**, I served the attached **RESPONDENT'S STATEMENT OF OPPOSITION TO REQUEST FOR FUNDS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Ivan Kilgore**
**V-31306**
**California State Prison, Sacramento**
**P.O. Box 290066**
**Repressa, CA 95671**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 30, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M. Otanes | *[signature]* |
| Declarant | Signature |

40260215.wpd