Ivan Kilgore
CDC # V31806
CSP- Sacramento
P.O. Box 290066
Represa, CA 95671

FILED
08 JUN 12 PM 2:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court

For the Northern District of California

| | |
|---|---|
| Ivan Kilgore, | C 07-5124 SI |
| Petitioner | Reply to Respondent's Statement of Opposition to Petitioner's Request for funds. |
| J. Walker, Act Warden, | |
| Respondent | |

In response to the Respondent's statement of opposition to petitioner's request for funds to obtain the complete Oklahoma trial transcribed proceeding, Petitioner markedly points out that Respondant's opposition is based soley on the misinformed belief that the parties Already have a "complete" copy of the 1997 Oklahoma trial transcripts, which resulted in the equivalent of California's involuntary manslaughter.

Apparently there's been a lack of communication and effort in the Attorney General's office. Respondent's comments in the footnote on page one of the statement of opposition states,

(1)

"Petitioner made the request in a ex parte motion, which we have not reviewed." Obviously Respondent has chose not to review the petitioner's motion for whatever reasons because petitioner not only made available a copy of said motion to one Deputy Attorney General Catherine A. McBrien on October 14, 2007, but this document has also been electronically filed by the clerk of this court on October 16, 2007, which means it can be viewed on the courts web site.

Had Respondent did his/her homework (s)he would have known that the "transcript" (s)he makes reference to in the motion for opposition and believes to be a complete representation of the Oklahoma trial proceeding, is only a portion, specifically the petitioner's testimony from that case, requested by the prosecuting Attorney Darryl Stallworth. Stallworth only request of the Seminole County Court House Court Reporter in Wewoka Oklahoma to forward the petitioner's testimony. As odd as this may seem, it was not without purpose.

In addition, Respondents comments on page two of the statement of opposition states, "... it is clear that he can obtain it from Appellate counsel without receiving additional funds ..." Again, Respondent has failed to do his/her homework. Exhibit "C" of petitioner's ex parte motion contains the previously filed request made by his Appellate counsel, Stephen Bedrick, who petitioned the Appellate courts to provide funds to obtain the "complete" transcription of the Oklahoma proceeding being that only

(2)

the petitioner's testimony from the Oklahoma trial was the only portion in the court record.

Accordingly, the request for funds should be granted for the sake of justice for it is without question An abuse to Allow the representives of the state of California to continue contriving mistruths regarding the nature of the Oklahoma evidence having not reviewed or acknowledged it in it's totality which has allowed them to manipulate the uncorroborated And isolated testimony of petitioner's prior trial to their ~~own~~ advantage.

Dated: 6/8/08

Ivan Kilgore

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Ivan Kilgore, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

P.O. Box 290066
Represa, CA 95671

On, _____, I served the following documents:

Reply to Respondent's Statement of Opposition to Petitioner's Request for funds.

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. U.S. District Court
for Northern District of CA.
450 Golden Gate Ave
San Francisco, CA 94102

2. Peggy S. Ruffra
Office of the Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 8 day of June, 2008, at California State Prison - Sacramento, Represa, California.

(Signature) Ivan Kilgore