Kilgore V31306
CSP-SAC
FC1-216
P.O. Box 290066
Represa, CA 95671

U.S. District Court for
the Northern District
US Courthouse
450 Golden Gate Ave
San Francisco, CA 94102-3483



PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.com
Label 107R, February 2006