UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

    Plaintiff,

v.

J. WALKER et al,

    Defendant.
_____/

Case Number: CV07-05124 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan Kilgore V-31306
California State Prison Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: July 17, 2008

                                  Richard W. Wieking, Clerk
                                  By: Tracy Sutton, Deputy Clerk