

Kilgore V31502
P.O. Box 290066
Represa, CA 95671

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

INSPECTED BY
JUL 1 - 6 2008
U.S. MARSHALS SERVICE

$05.80

7-13-08