Ivan Kilgore V31306
CSP-Sacramento
P.O. Box 290066
Represa, CA 95671

FILED
08 AUG 18 PM 3:26
[illegible] WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORINA

Ivan Kilgore,

    Petitioner,

v.

J. Walker, acting warden,

    Respondent.

No. C 07-5124 SI(pr)

Motion for a 30 day extent-
to prepare motion for
rehearing on United States
District Judge Susan
Illston's order denying
motion for funds.

IMMEDIATE RELIEF REQUESTED

    Ivan Kilgore filed a pro se action for a writ of habeas corpus pursuant to 28 U.S.C. §2254 to challenge his 2003 conviction in the Alameda County Superior Court. On July 16, 2008 Judge Susan Illston denied petitioner's subsequent filing requesting of the district court to provide provisions to obtain the complete transcription of a 1997 prior conviction which resulted from jury trial. The motion was filed because niether the trial courts, nor appellate court's counsel had procured said evidence favorable to plaintiff resulting from the prior con-conviction which would have countered any adverse inferrences the prosecution or attorney general sought to make by introducing only a portion of the prior trial testimony.

    Petitioner requests of this court to allow a 30 day extention provided he is currently housed at a maxium security prison,

1

1 | which allows a minium of law library access throughout the week
2 | days. Also petitioner is not skilled in matters of law, thus
3 | the requested extention is so necessary to research the grounds
4 | in which the motion for provision of funds was denied.
5 |     Petitioner respectfully request that this motion be granted
6 | to extend the time frame for 30 days to which a motion for
7 | rehearing thus will be filled.
8 | Dated: 8-13-08

*[signature]*
(Petitioner)

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, __Tuan Kilgore__, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

__P.O. Box 290066__
__Represa, CA 95671__

On, __8-13-08__, I served the following documents:

__Motion for extention__

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. __US District Court__
   __Northen Dist.__
   __450 Golden Gate Ave__
   __San Francisco, CA 94102__

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this __13__ day of __August__, __2008__, at California State Prison - Sacramento, Represa, California.

(Signature) __Tuan Kilgore__