

United States District Court
for the Northern District
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Kilgore V31306
P.O. Box 29
Represa, CA 95671



*[signature]* 8/13/08