1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-1362
8    Fax: (415) 703-1234
     Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IVAN KILGORE,** | C 07-5124 SI |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **J. WALKER, Warden,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until November 4, 2008, in which to file a response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. We have not attempted to contact petitioner, who is an incarcerated state prisoner representing himself in this case.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including November 4, 2008, in which to file the answer or other responsive pleading.

1  Dated: September 5, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  GREGORY A. OTT
   Deputy Attorney General

9  /s/  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

   Attorneys for Respondent

12 PSR/cfl
   SF2008400895
13 20140415.wpd

App. for Ext. of Time to File Response - C 07-5124 SI

2