EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
State Bar No. 117315
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-1362
  Fax: (415) 703-1234
  Email: peggy.ruffra@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**IVAN KILGORE,**

                Petitioner,

v.

**J. WALKER, Acting Warden,**

                Respondent.

C 07-5124 SI

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME**

I, Peggy S. Ruffra, declare under penalty of perjury as follows:

1. I am a Supervising Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus case.

2. Petitioner was convicted in state court of first degree murder with a special circumstance for discharging a firearm from a motor vehicle.

3. On July 16, 2008, this Court issued an Order to Show Cause why habeas relief should not be granted on petitioner's 16 claims.

4. I have not yet been able to prepare the response in this case for the following reasons. In June 2008 I filed a complex motion to dismiss various claims that were untimely, unexhausted, and did not raise a federal question, in *Felix v. Hennessy*, C 01-3138 WHA; a supplemental

Dec. of Counsel in Support of App. for Ext. of Time - C 07-5124 SI

1

opposition to release pending appeal in *Hoover v. Newland*, 07-16749; and a reply in *Michel v. Walker*, C 08-1724 JSW. I was on vacation for three weeks in July 2008. In August 2008, I filed the Appellee's Brief in *Green v. Hornbreak*, 07-16136; an answer on the merits in *Jolivette v. California*, CIV S 08-0189 LKK KJM P; a motion to dismiss petition as second or successive in *Mustafaa v. Sisto*, C 07-6488 CW; and a motion to dismiss in *Lyman v. Scribner*, C 08-2478 JSW. I cannot turn to the response in this case immediately because I am serving as second chair in *Chrones v. Pulido*, 07-544, which is being argued in the United States Supreme Court on October 15, 2008, and which requires intense preparation leading up to that date.

5. I have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself in this case.

6. Accordingly, I respectfully request an additional 60 days in which to file the response.

Dated: September 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General


/s/  PEGGY S. RUFFRA
Supervising Deputy Attorney General

Attorneys for Respondent

PSR/cfl
SF2008400895
20140413.wpd