IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IVAN KILGORE,** | C 07-5124 SI |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **J. WALKER, Warden,** | |
| Respondent. | |

Good cause appearing, the response to the order to show cause is due on November 4, 2008. Any opposition or traverse by petitioner will be due 30 days after the response is filed.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

SF2008400895
20140414.wpd

[Proposed] Order - C 07-5124 SI

1