UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

        Petitioner,

v.

J. WALKER, acting warden,

        Respondent.

No. C 07-5124 SI (pr)

**ORDER**

Petitioner's second motion for appointment of counsel is DENIED for the same reasons mentioned in the October 11, 2008 Order that, among other things, denied his first motion for appointment of counsel. (Docket # 16.)

Respondent's application to file an oversized brief is GRANTED. (Docket # 15-2.) The 38-page memorandum of points and authorities filed in support of the answer is permitted.

In light of the lengthy brief filed by respondent, the court also will permit a lengthy traverse by petitioner and extend the deadline for him to file and serve it. Petitioner's traverse (including any memorandum of points and authorities) may not exceed **thirty pages** in length and must be filed and served no later than **January 16, 2009**.

IT IS SO ORDERED.

DATED: December 12, 2008

                                               SUSAN ILLSTON
                                        United States District Judge