UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN KILGORE,	No. C 07-5124 SI (pr)

    Petitioner,	**ORDER**

v.

J. WALKER, acting warden,

    Respondent.
                                       /

    Petitioner's motion for production of transcripts/augmentation of record is DENIED. (Docket # 20.) This motion is petitioner's third effort to obtain the transcript of an Oklahoma court trial. The motion is denied for the reasons stated in the Order Denying Motion For Funds, pp. 2-3. Petitioner's effort to characterize the transcript as Brady material is unpersuasive in light of his acknowledgment that the only part of the transcript the California prosecutor ever obtained from the Oklahoma court reporter was the transcript of petitioner's testimony, and that has been provided to him. (See docket # 6 (Reply filed June 12, 2008), p. 2.)

    Petitioner's ex parte application for an extension of time to file his traverse is GRANTED. (Docket # 18, # 19.) Petitioner's traverse (including any memorandum of points and authorities) may not exceed **thirty pages** in length and must be filed and served no later than **February 27, 2009**. No further extensions of the traverse deadline will be permitted because, by the time it arrives, petitioner will have had more than three months to prepare his traverse.

    IT IS SO ORDERED.

DATED: January 26, 2009

                                                   SUSAN ILLSTON
                                               United States District Judge