UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN KILGORE, | No. C 07-5124 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| J. WALKER, acting warden, | |
| Respondent. | |

Petitioner's motion to file an oversized 97-page traverse is DENIED. (Docket # 24.) The court already ordered that petitioner's traverse (including any memorandum of points and authorities) could not exceed 30 pages. Petitioner simply ignored that order. The 97-page memorandum of points and authorities in support of traverse is STRICKEN and will be disregarded when the court rules on the petition. Petitioner may file a replacement memorandum of points and authorities, provided that the document does not exceed 30 pages (28 lines of text per page) and is filed by **April 17, 2009**. No further motions will be entertained with respect to the length of the brief or the deadline.

Petitioner's motion for an order directing respondent to supply additional state court documents is DENIED. (Docket # 20.) The court already ordered respondent to file a copy of the transcripts of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition. The court does not need copies of petitioner's state habeas filings.

IT IS SO ORDERED.

DATED: March 5, 2009

SUSAN ILLSTON
United States District Judge