UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN KILGORE,                                              No. C 07-5124 SI (PR)

      Petitioner,                                       **JUDGMENT**

  v.

J. WALKER, Warden,

      Respondent.
_____ /

      The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of Respondent.

      **IT IS SO ORDERED AND ADJUDGED**.

DATED: December 28, 2009                     _____
                                                                            SUSAN ILLSTON
                                                                            United States District Judge