UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN KILGORE,<br><br>        Petitioner,<br>  vs.<br><br>J. WALKER, Acting Warden,<br><br>        Respondent. | No. C 07-5124 SI (PR)<br><br>**ORDER DENYING MOTION TO STAY PRIOR ORDER; DIRECTIONS TO PETITIONER** |

The Court denied the petition for writ of habeas corpus filed in the above-titled action, and entered judgment in favor of Respondent in December 2009. The Court also declined to issue a certificate of appealability. Petitioner has filed a notice of appeal. The Court denied Petitioner's motion to amend the findings of the Court, for leave to file a motion to vacate, and to vacate the judgment. (See Docket No. 35.) Petitioner now moves to stay that order.

Not having found good cause to issue a stay, the Court DENIES Petitioner's motion.

During the pendency of the appellate action, Petitioner is directed to file any future motions with the Court of Appeals.

**IT IS SO ORDERED.**

DATED: February 16, 2010

                                                            SUSAN ILLSTON<br>
                                                        United States District Judge