UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN KILGORE, | No. C 07-5124 SI (PR) |
| Petitioner, | **ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY** |
| v. | |
| J. WALKER, Acting Warden, | |
| Respondent. / | |

The Court denied the habeas petition filed in the above-titled action, and entered judgment in favor of respondent on December 28, 2009. Petitioner appealed to the Ninth Circuit Court of Appeals, and filed a motion for reconsideration in this Court (Docket Nos. 31 & 32). This Court denied the motion for reconsideration on January 21, 2010. On October 27, 2011, the Ninth Circuit Court of Appeals denied his request for a certificate of appealability ("COA") as to his appeal on his petition.

The Court of Appeal has remanded this action to this Court for the limited purpose of granting or denying a certificate of appealability as to petitioner's motion for reconsideration. This Court, after reviewing issues raised in the petition and in the motion for reconsideration, hereby denies a certificate of appealability on grounds that petitioner has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court

was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a COA from the Court of Appeals.

**IT IS SO ORDERED**.

DATED: May 1, 2012

*Susan Illston*
_____
SUSAN ILLSTON
United States District Judge
